UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALVADOR NAVARRO and MARIA DE LOS ANGELES, husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE L INCORPORATED, an Idaho corporation; and APACHE RIVER, LLC, d/b/a DOUBLE L, an Idaho business entity; and PIONEER ASTRO INDUSTRIES, INC., a Colorado corporation; and CROSS MANUFACTURING INCORPORATED, a Kansas corporation; and MOTION INDUSTRIES, INC., an Alabama corporation,<br><br>Defendants. | NO.  CV-09-394-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE |

On February 7, 2012, the parties filed a joint stipulation for an order directing entry of judgment of dismissal, ECF No. 73. The parties have consented to the magistrate judge's jurisdiction (ECF No. 38).

After reviewing the motion,

**IT IS ORDERED** that the stipulated motion for entry of judgment of dismissal **(ECF No. 73) is GRANTED.**

**IT IS FURTHER ORDERED:**

1. Plaintiffs' claims against all named Defendants are dismissed with prejudice and without costs;

2. Any and all claims among Defendants, whether asserted or

ORDER GRANTING STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 1

unasserted, not including Apache River's cross-claim against Double L, are hereby dismissed with prejudice and without costs; and

3. Apache River, LLC's cross-claim against Double L, Inc., is dismissed without prejudice and without costs.

The District Court Executive is directed to enter this order, enter judgment as indicated, forward copies to the parties, and **CLOSE the file**.

**DATED** this 7th day of February, 2012.

                                        s/James P. Hutton

                                        JAMES P. HUTTON
                            United States Magistrate Judge