AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SALVADOR NAVARRO and MARIA DE LOS ANGELES, husband and wife and the marital community comprised thereof,

                Plaintiffs,

v.

DOUBLE L INCORPORATED, et al,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-0394-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the stipulated motion for entry of judgment of dismissal (ECF No. 73) is GRANTED.

IT IS FURTHER ORDERED:

    1. Plaintiffs' claims against all named Defendants are dismissed with prejudice and without costs;

    2. Any and all claims among Defendants, whether asserted or unasserted, not including Apache River's cross-claim against Double L, are hereby dismissed with prejudice and without costs; and

    3. Apache River, LLC's cross-claim against Double L, Inc., is dismissed without prejudice and without costs.

February 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard